[No. 47963-6-I.   Division One.   December 3, 2001.]

*In the Matter of the Marriage of* JUDITH RAE PIZZALATO, *Respondent,* and LARRY JOHN PIZZALATO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-07178-2, Palmer Robinson, J., entered January 5, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 48603-9-I; 48602-1-I.   Division One.   December 3, 2001.]

*In the Matter of the Dependency of* L.B., ET AL.
LACRESHA BOLAR, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. 99-7-50013-8 and 99-7-50012-0, James A. Doerty, J., entered April 5, 2001. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy and Appelwick, JJ.

[No. 19728-0-III.   Division Three.   December 6, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY SEAN COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00564-8, Carolyn A. Brown, J., entered November 15, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.